BEMIS et al. v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Solomon K. Bemis and another against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

BERGEN, Appellant, v. BROOKLYN REALTY TRADING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Jerome L. Bergen against the Brooklyn Realty Trading Company. No opinion. Motion denied.

---

BERGEN, Appellant, v. MIDWOOD PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Jerome L. Bergen against the Midwood Park Company. No opinion. Motion denied.

---

BERGEN, Respondent, v. SEGER, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Joseph L. Bergen against George N. Seger. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BJORK & BACK CONST. CO., Respondent, v. MARRO, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by the Bjork & Back Construction Company against Clemente Marro. No opinion. Motion denied, on condition that the appellant·perfect his appeal forthwith, and cause to be placed at the foot of the present calendar; otherwise, motion granted, with $10 costs.

---

BLAKE v. SHOEMAKER. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by John B. Blake against Emma Shoemaker. No opinion. Motion denied.

---

BLANTHORNE, Respondent, v. WELSCHECK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Lewis Blanthorne against Ferdinand Welscheck and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

In re BLIVEN. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of William W. Bliven for license and admission to practice as an official examiner of title. With this case has been consolidated in this court cases bearing titles as follows: In re Walter L. Durack; In re Michael E. Finnigan; In re Albert F. Gescheidt, Jr.; In re Percy L. Housel; In re James P. Collins. No opinions. In each of these cases the bonds must be made to conform to the requirements of the special rule, adopted by this department March 14, 1909, relating thereto.

---

BLOND, Appellant, v. BLOND, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Anna Blond against Meyer Blond. I. N. Jacobson, for appellant. No opinion. Order affirmed. Order filed.

---

BLUM, Appellant, v. HILTL, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Ernst Blum against George Hiltl. Hilquit & Hilquit, for appellant. R. M. Martin, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BOGART, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Mary C. Bogart, as administratrix of John Bogart, deceased, against the city of New York. No opinion. Order reversed on argument, with $10 costs and disbursements. and motion denied, with $10 costs. See, also, 128 App. Div. 139, 112 N. Y. Supp. 549.

---

BOLTON, Respondent, v. BOLTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by James H. Bolton against Tillie J. Bolton. No opinion. Judgment and order affirmed, with costs.

---

BOOM, Respondent, v. HERALD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by George Boom against the Herald Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BOOM, Respondent, v. POST–STANDARD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by George Boom against the Post-Standard Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BORGIA MARBLE WORKS, Appellant, v. ARCULEO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Borgia Marble Works against Agostino Arculeo and others. No opinion. Judgment affirmed, with costs.

---

BORGIA MARBLE WORKS, Appellant, v. LOTARDO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by the Borgia Marble Works against Rosalia Lotardo and others. No opinion. Judgment affirmed, with costs.